FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 12:39 pm, Jul 14, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| PAUL HOLDAGO, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-29 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 7.  Petitioner Paul Holdago ("Holdago") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Holdago's 28 U.S.C. § 2241 Petition for failure to follow a Court Order, and **DENIES as moot** Respondent's Motion to Dismiss.  The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal

and **DENIES** Holdago *in forma pauperis* status on appeal.

    **SO ORDERED**, this \_\_\_14\_\_\_ day of \_\_\_July_____, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)